** A METROPOLITAN AREA PLANNING COMMISSION — THOROUGHFARE — RIGHT OF WAY ** THE PLANNING COMMISSION MAY WITHHOLD APPROVAL OF A SUBDIVISION OR LOT SPLIT PLANS UNTIL THE PROPERTY OWNER DEDICATES LAND FOR THE WIDENING OF ROADS, STREETS, AND HIGHWAYS IN ACCORDANCE WITH THE COMPREHENSIVE PLAN, AND THE PROPERTY OWNER HAS NO RIGHT TO COMPENSATION FOR THE LAND SO DEDICATED. (BORDER, CONVEYANCE, PLAT, STREET PLAN) CITE: 19 O.S. 866.13 [19-866.13], 19 O.S. 866.12 [19-866.12] (F. BURCH BAILEY)